# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:18-cr-37-DPM

CHRIS L. ALEXANDER            DEFENDANT

## ORDER

The Court appreciates Alexander's good letter. But his embedded motion for a sentence reduction, *Doc. 45*, is denied. The Court commends Alexander on all the progress he's made and encourages him to continue redeeming his time in prison. But this Court doesn't have the power to reduce his sentence based solely on those good steps. Further, but for the plea agreement, Alexander would have faced a fifteen-year mandatory minimum. *Doc. 24 at 5*. The ten-year aggregate sentence jointly recommended and imposed is therefore a fair one in the circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 September 2020